UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Robert Earl Anderson, Jr.                                   Chapter 13
      and Tashiakia Narweunta Anderson                  Case No. ___
Debtors.

## Chapter 13 Plan

Addresses:    Debtor    155 Northfork Drive, Moscow, TN 38057

               Joint Debtor    155 Northfork Drive, Moscow, TN  38057

Plan Payments:

Debtor Shall Pay $ 230.00   Weekly

   Or by: ( X )Payroll Deduction   Landers Ford, 2082 W. Poplar Ave., Collierville, TN 38017

Joint Debtor Shall Pay: 268.00 Weekly

   Or by: ( X )Payroll Deduction   Carrier, 9 Farm Springs Road
                                                 Mail Stop 541-90
                                                 Farmington, CT 06032

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                                    (X) Yes   ( )   No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( )   No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                                    ( ) Yes   (X)  No

2. Administrative Expenses: Pay Filing Fee and Debtors Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:       ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtors

4. Domestic Support Paid By:  ( ) Debtors Directly      ( ) Wage Assignment    ( ) Trustee To:    Monthly Pmt.
                          ongoing payment begins

5. Priority Claims:                                                                          Monthly Pmt.
                                                                      Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtors or ( X ) Paid by Trustee To:       Monthly Pmt.
   Fay Servicing          ongoing payment begins   April 2019                              $428.76
                             Approximate arrearage    $4,757.00       Interest     0.00%      $80.00

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmt.
   Capital One (2012 Nissan Sentra)                       $   6,545.00        0.00%          $131.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Capital One (2017 Chevrolet Equinox) | $ 22,288.00 | 0.00% | $446.00 |
| GM Financial (2017 Chevrolet Malibu) | $ 19,663.00 | 0.00% | $394.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____  Collateral  _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Progressive Leasing (rent through 01/31/2019) | $ 290.00 | 0.00% | $10.00 |

11. Student Loan Claims and Other Long Term Claims:

    US Dept. of Education (balance)        X  Not Provided For    ( ) General Unsecured Creditor
    _____                ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Progressive Leasing                    X  Assume    ( ) Reject
    _____                ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the
    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908         Date   January 17, 2019
    Debtors' Attorney's Signature